IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSEPH W. ROBINSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D23-1910
LT Case No. 2011-CF-010567-A

Decision filed July 25, 2023

3.850 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Joseph W. Robinson, Carrabelle,
pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, LAMBERT and HARRIS, JJ., concur.